Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

# United States District Court
## for the
### NORTHERN DISTRICT OF ALABAMA

2019 DEC 30 P 3:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

*Plaintiff,*
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

Betty Hérard

v.

UAB Hematology/Oncology
Dr. Julie Kanter
Ms. Emily Warner
Dr. Ayesha Bryant
Mr. Ryan Outman

*Defendant(s),*
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names)

Case No.: 2:19-CV-2130-MHH
*(to be filled in by the Clerk's Office)*

JURY TRIAL ☑ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

**I. The Parties to This Complaint**

**A. The Plaintiff**

Name: Betty Hérard
Street Address: 1540 James Hill Way
City and County: Hoover AL 35226
State and Zip Code: AL 35226
Telephone Number: 917-804-7781
E-mail Address (if known): herardb@gmail.com

☐ Check here to receive electronic notice through the e-mail listed above. By checking this box, the undersigned consents to electronic service and waives the right to personal service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint. The Notice of Electronic Filing will allow one free look at the document, and any attached PDF may be printed and saved.

Date: 12/30/2019

Participant Signature

## II. Basis for Jurisdiction

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: UAB
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 2
- Name: Julie Kanter, MD
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name: Emily Warner
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Pro Se 7 (Rev. 10/16) Complaint for Employment Discrimination

Defendant No. 4

    Name  
    Job or Title *(if known)*  
    Street Address  
    City and County  
    State and Zip Code  
    Telephone Number  
    E-mail Address *(if known)*

**C.**   **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

    Name: UAB Hematology/Oncology  
    Street Address: 1802 6th Ave. South N2500  
    City and County: Birmingham, Jefferson County  
    State and Zip Code: AL 35294  
    Telephone Number: 205-975-2891

**II.**   **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

_____

Relevant state law *(specify, if known)*:

_____

Relevant city or county law *(specify, if known)*:

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me

☐ Termination of my employment

☐ Failure to promote me

☐ Failure to accommodate my disability

☑ Unequal terms and conditions of my employment

☑ Retaliation

☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s): February 22nd 2019 through August 9th 2019

C. I believe that defendant(s) (check one):

☑ is/are still committing these acts against me

☐ is/are not still committing these acts against me

D. Defendant(s) discriminated against me based on my (check all that apply and explain):

☑ race _____

☐ color _____

☐ gender/sex _____

☐ religion _____

☑ national origin _____

☑ age (year of birth) _____
(only when asserting a claim of age discrimination)

☐ disability or perceived disability (specify disability) _____

E. The facts of my case are as follows. Attach additional pages if needed. I am a black Haitian-American in the protected age group over 40. I was hired by UAB on 2/11/2019 as a Clinical Trials Administrator. From the week of February 18th I have endured several discriminatory and disparaging statements against my national origin, age and race such as "I need to know my place in the South - my credentials has me believing that I have overcome - I need to be planning my retirement at my age as opposed to planning for a doctorate and promotion.

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

Page 5 of 7

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*: _____

_____

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter

☑ issued a Notice of Right to Sue letter, which I received on *(date)*: _____
   October 2, 2019

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question:

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days or more have elapsed

☐ less than 60 days have elapsed

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ask the court for all back salary/wages, compensation equivalent to lost benefits - pain and suffering compensation and expenditures incurred as a result of employment seperation ie after care fees for daughter...
Salary 4,750 mth; loss benefits $3,000 mth; pain & suffering $200,000; Expenditures $275 mth

## VI. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing: December 30, 2019

Signature of Plaintiff: _____

Printed Name of Plaintiff: BETTY HERARD

### B. For Attorneys

Date of Signing: _____

Signature of Attorney: _____

Printed Name of Attorney: _____

Bar Number: _____

Name of Law Firm: _____

Street Address: _____

State and Zip Code: _____

Telephone Number: _____

E-mail Address: _____

EEOC Form 161 (11/16)         **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Betty Herard<br>1540 James Hill Way<br>Hoover, AL 35226 | From: | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street<br>Birmingham, AL 35205 |
|---|---|---|---|

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2019-03568 | IRAN CRUZ,<br>Investigator | (205) 212-2134 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____          **OCT - 2 2019**
BRADLEY A. ANDERSON,                        *(Date Mailed)*
District Director

Enclosures(s)

cc: UAB
c/o Chris Driskill
Investigator HR Employee Relations
1720 2nd Ave. South
Ab 215
Birmingham, AL 35233

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [ ] FEPA  [X] EEOC | 420-2019-03568 |

_____null_____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Ms. Betty Herard | (917) 804-7781 | 1958 |

Street Address: 1540 James Hill Way, HOOVER, AL 35226

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| UAB | | (205) 975-2891 |

Street Address: 1802 6th Avenue South, UNIV OF ALABAMA BIR, AL 35294

DISCRIMINATION BASED ON (Check appropriate box(es).)
[X] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN
[X] RETALIATION  [X] AGE  [ ] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 04-30-2019    Latest: 08-09-2019
[X] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a Black American Haitian in the protected age group over 40. I was hired by the above-named company on February 11, 2019, as a Clinical Trials Administrator.
Between April and May 2019, I asked Dr. Julie Kanter, Associate Professor Division of Hematology/Oncology, about my wages and how could I get my wages increased. Dr. Kanter informed me that there was nothing that she could do about my wages. I proceed to speak with a Human Resources representative about my wages. Dr. Kanter was upset because allegedly I went over her head. On June 20, 2019, I was given a verbal warning from Dr. Kanter for unsatisfactory job performance and misconduct, which I denied. I asked Human Resources remove the write up from my file, but I was informed that the decision for the verbal warning will remain in my personnel file. I was placed on a Performance Improvement Plan. I was offered the opportunity to obtain an early transfer to address my financial issues, but later Dr. Kanter, decided to extend my probationary period keeping me from transferring to a different position. On August 9, 2019, I was presented with a letter from Ryan Outman, Division Administrator Division of Hematology/Oncology, asking me to resign to avoid an extension on my probationary period and written warning. I was caught by surprise. On August 9, 2019, I was coerced

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Digitally signed by Betty Herard on 09-16-2019 12:56 PM EDT

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(*month, day, year*)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>420-2019-03568 |
|---|---|---|

<u>null</u> and EEOC
*State or local Agency, if any*

under distress to resign my position effective October 31, 2019.
I believe I was discriminated based on my race, Black, my national origin Haitian, and retaliated against, in violation of Title VII of the Civil Rights Act of 1964. I also believe I was discriminated against based on my age, over 40, in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Betty Herard on 09-16-2019 12:56 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws).  Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions.  A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of.  Without a written charge, EEOC will ordinarily not act on the complaint.  Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges may be clarified or amplified later by amendment.  It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA.  Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements.  You will be told which agency will handle your charge.  When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter.  Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so <u>within 15 days</u> of your receipt of its findings.  Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge.  Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation,

proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Organization Email Address

Business Group **11111111A UAB**

## Pay Information

From Date    To Date    Search:

Choose a Payslip  30-SEP-2019 - 1085388-2 - Check 1 ▼   Go

| | |
|---|---|
| Employee | **Betty Herard** |
| Job Title | **RL136E0.Clinical Trials Administrator** |
| National Identifier | |
| Employee Number | **1085388** |
| Adjusted Service Date | **10-Feb-2019** |
| Assignment Number | **1085388-2** |
| Location | **Bham Main Campus** |
| Position | **311402200.00106.181201.** |
| Payroll | **Monthly** |
| Employee Address | **1540 James Hill Way** |
| | **Hoover** |
| | **AL** |
| | **35226-5226** |

| | |
|---|---|
| Organization | **311402200 Med - Hematology & Oncology** |
| Grade | **W.G15** |
| Employer Address | **Bham Main Campus** |
| | **Birmingham** |
| | **AL** |
| | **35294** |
| Employer BIN | |

## Pay Period and Salary

| Pay Period | Payment Date | Pay Begin Date | Pay End Date | Pay Rate |
|---|---|---|---|---|
| Calendar Month | 30-Sep-2019 | 01-Sep-2019 | 30-Sep-2019 | 4750.00 |

## Summary

| Current or YTD | Gross | Pre-Tax | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 4773.93 | 626.10 | 743.55 | 46.87 | 3333.48 |
| YTD | 36766.44 | 4681.45 | 5890.63 | 328.09 | 25674.83 |

## Hours and Earnings

| Description | Start Date | End Date | Current Hours | Current Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| **Excess Ins | | | | 23.93 | | 191.44 |
| UAB Reg Salary | | | | 4750.00 | | 36575.00 |

## Pre-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| *TRS | 285.00 | 2265.75 |
| *Dental Plan | 32.17 | 225.19 |
| *Vision Plan | 21.43 | 150.01 |
| *Health Flex | 50.00 | 350.00 |
| *Parking | 0.00 | 28.00 |
| *403(b) Match | 237.50 | 1662.50 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Tax | 149.57 | 1316.84 |
| Social Security | 289.56 | 2232.82 |
| Medicare | 67.72 | 522.15 |
| AL State Tax | 190.00 | 1458.39 |
| Birmingham | 46.70 | 360.39 |

## After-Tax Deductions

| Description | Current | YTD |
|---|---|---|
| Vol Child Life | 0.90 | 6.30 |
| Vol Ins ADD | 3.80 | 26.60 |
| Voluntary Life | 31.52 | 220.64 |
| Vol Accident Plan | 10.65 | 74.55 |

## Tax Withholding Information

| Type | Marital Status | Exemptions | Secondary Exemptions | Additional Amount | Override Amount | Override Percentage |
|---|---|---|---|---|---|---|
| Federal | Single | 7 | | 0.00 | 0.00 | 0 |
| Alabama | "H" Claiming $3000 Exemption | 0 | | 0.00 | 0.00 | 0 |

## Net Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| 100B556958 | Legacy Community Federal Credit Union | C | XXXXXX4820 | 3333.48 |

## TP Pay Distribution

| Check/Deposit Number | Bank Name | Account Type | Account Number | Amount |
|---|---|---|---|---|
| No results found. | | | | |